ORIGINAL
FILED
SEP 22 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                 Deputy Clerk

ENTERED
SEP 24 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                 Deputy Clerk

LODGED
SEP -8 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                 Deputy Clerk

1  RANDALL S. STAMEN (State Bar No. 162576)
   The Law Offices Of Randall S. Stamen
2  Post Office Box 946
3  4046 Chestnut Street
   Riverside, California 92501
4  (951) 787-9788

5  Attorney for Plaintiff, Roger J. Malcolm, Trustee

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 8:14-bk-11076-ES |
| CHARLES JOSEPH PEARSON, | Chapter 7 |
| Debtor. | Adv. No. 8:14-ap-01172-ES |
| | **JUDGMENT OF NONDISCHARGEABILITY** |
| ROGER J. MALCOLM, TRUSTEE OF THE ROGER J. MALCOLM TRUST, | Judge: Honorable Erithe A. Smith |
| Plaintiff, | |
| v. | |
| CHARLES JOSEPH PEARSON, | |
| Defendant. | |

The Court, having granted the motion of Plaintiff Roger J. Malcolm, Trustee of the Roger J. Malcolm Trust for judgment on the pleadings on his Complaint herein, which seeks a determination of nondischargeability of the indebtedness set forth in the state court judgment described therein,

///
///

IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

Pursuant to 11 U.S.C. § 523(a)(6), the indebtedness set forth in that certain Judgment entered July 9, 2012 in favor of Plaintiff Roger J. Malcolm, Trustee of the Roger J. Malcolm Trust ("Malcolm") and against Debtor / Defendant Charles Joseph Pearson in that certain state court action entitled *Roger J. Malcolm, Trustee of the Roger J. Malcolm Trust v. Charles Pearson and DOES 1 through 100, inclusive*, Orange County Superior Court Case No. 30-2011-001510285, attached hereto as Exhibit "A", is NONDISCHARGEABLE, i.e., the discharge in the above-referenced bankruptcy case (*In re Charles Joseph Pearson*, Case No. 8:12-bk-11076-ES) DOES NOT DISCHARGE debtor Charles Joseph Pearson from said debt. ~~Malcolm shall recover his costs incurred herein.~~

DATED: 9/22/15

_____
JUDGE OF THE UNITED STATES
BANKRUPTCY COURT

# EXHIBIT "A"

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUL 09 2012

ALAN CARLSON, Clerk of the Court
BY K. BLAIR

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| ROGER J. MALCOLM, TRUSTEE OF THE ROGER MALCOLM TRUST, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES PEARSON and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 30-2011-00510285 <br><br> JUDGMENT |

Roger J. Malcolm, Trustee of the Roger Malcolm Trust v. Charles Pearson, et al., case number 30-2011-00510285, was filed on September 23, 2011.

The Summons and Complaint in the action were served defendant PEARSON on September 23, 2011. Defendant PEARSON'S default was entered by the Court on November 30, 2011.

1

(JUDGMENT)

Thereafter, plaintiff MALCOLM applied to the Court for a Default Judgment upon affidavits.

**GOOD CAUSE APPEARING, IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment be entered against defendant CHARLES PEARSON in favor of plaintiff ROGER J. MALCOLM, TRUSTEE OF THE ROGER MALCOLM TRUST as follows:

1. Damages for trespass and injuring the subject tree in the amount of $24,750.00;
2. Damages for injuring the subject tree be trebled to $74,250.00, pursuant to Civil Code section 3346 and Code of Civil Procedure section 733;
3. ~~Damages for emotional distress in the amount of $25,000.00; and,~~
2. Costs in the amount of $470.00.

**TOTAL JUDGMENT:** ~~$99,720.00.~~ 99,470.00

DATED: ~~May ___, 2012~~

JUL 0 9 2012

By: _____
Judge of the Superior Court for the State of California, County of Orange

---

2

(JUDGMENT)